**LLOYD KRAUS, CHAPTER 13 TRUSTEE**

Payee: Clerk of the Court

Check #.: **1210925**
Date: 08/25/21

Please notify the Court & this office of any changes made when posting fo avoid an account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1860800 | 00000 | EMERY L CAPT<br>Original Check written to:<br>EMERY L CAPT<br>3351 CR 3701<br>BULLARD, TX,    75757 | | 0.00 | 4,779.00 | 0.00 | 4,779.00 |
| | | TOTALS | | 0.00 | 4,779.00 | 0.00 | 4,779.00 |